UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK NA; fka WELLS FARGO BANK MINNESOTA N A, *et al*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-08-1458 |
| MITCHELL KOBERNICK, *et al*, | § § § § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

The parties shall have until November 6, 2009 to submit further writings as to any of the issues discussed in the non-evidentiary hearing held on October 29, 2009. However, no such writing is required.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this 30th day of October 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE